**FILED**

NOV 04 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

ORLONZO HEDRINGTON
3226 W. SPRUCE STREET
FRESNO, CA 93711
Ph-559-978-1614 / E-orlonzohedrington@gmail.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

ORLONZO HEDRINGTON;

    Plaintiff,

vs.

VETERAN'S ADMINISTRATION OF THE UNITED STATES OF AMERICA; DOES 1 through 50, inclusive

    Defendants.

CASE NO:
1:22-cv-1425-JLT-HBK

COMPLAINT FOR INVESTIGATION OF NEGLIGENCE UNDER THE FEDERAL TORT CLAIMS ACT

(JURY TRIAL DEMANDED)

## INTRODUCTION

Plaintiff, ORLONZO HEDRINGTON, underwent an operation on or about January 18, 2016, at the Veterans Administration Hospital at Davis Grant Medical Center at Travis Air Force Base, California (hereinafter VA HOSPITAL), described as coronary artery bypass graft surgery. Following the surgery, and during recovery in ICU and other hospital rooms, plaintiff underwent recovery treatment including physical therapy on or about the period from January 20, 2018 through January 22, 2018. During the course of this medical treatment on or about January 22, 2018, the employees of the VETERANS ADMINISTRATION OF THE UNITED STATES OF AMERICA at the VA HOSPITAL so negligently supervised and transported plaintiff to and from physical therapy and recovery that plaintiff was allowed to be drugged and sexually touched and penetrated without his consent, thereby causing continuing substantial emotional distress and trauma, sleep disorder and insomnia, depression and resulting physical discomfort and pain.

Plaintiff is informed and believes that VA HOSPITAL staff treating and attending to

Plaintiff, Writes of the Past Assault at length but this Lawsuit is not about That But About the INVESTIGATION of that Drugged Sexual Assault That Happen In January 22, 2016 At David Grant Medical Center

There was Two Investigations That was conducted by AIR FORCE OFFICER SPECIAL INVESTIGATION: SA. ANGELINA MONTECALVO AND U.S. NAVY AND FAIRFIELD POLICE: DET. MICHEAL ARIMBOANGA THESE GOVERNMENTAL INVESTIGATOR MISLEADED TO PROTECT THEIR OWN, DAVID GRANT MEDICAL CENTER VETERANS ADMINISTRATION OF THE UNITED STATES OF AMERICA.

Plaintiff is informed and believes that VA HOSPITAL staffing, attending and Investigating Plaintiff at all times relevant herein, were employees of the VETERANS ADMINISTRATION, such that liability for this claim falls to the UNITED STATES or AMERICA under Federal Tort Claims Acts

## JURISDICTION AND VENUE

1. This Court has jurisdiction over the subject matter of this action under the Federal Tort Claims Act (FTCA), found at 28 USC Sec. 1346(b), 2401(b), and 2671-80. Venue is proper in the Eastern District of California, under 28 U.S.C. s 1391(b), in that a substantial part of the events or omissions giving rise to the plaintiff's claims occurred in this judicial district.

Orlonzo Hedrington v. Veteran's Administration et al,

Complaint for Investigation of Negligence FTCA                    Case No:

## THE PARTIES

2. Plaintiff in this case is: ORLONZO HEDRINGTON, date of birth 2/20/1957.

3. Defendant, VETERANS ADMINISTRATION OF THE UNITED STATES OF AMERICA, is sued herein pursuant to the provisions of the Federal Tort Claims Act under 28 USC Sec. 1346(b), 2401(b), and 2671-80.

4. DOES 1 through 50, inclusive, are defendants herein under fictitious names because their true names, capacities, and degrees of responsibility for the acts alleged herein are unknown to the plaintiff at this time. When the plaintiff ascertains this information, she will amend this complaint accordingly. The plaintiff is informed and believes, and thereon alleges, that DOES 1 through 50, inclusive, and each of them, are legally liable to the plaintiff in some part for the wrongful acts and omissions of which the plaintiff complains herein.

5. The plaintiff is informed and believes, and thereon alleges, that at all times mentioned herein, each and every defendant was the agent, servant, employee, and/or representative of each and every other defendant and, in doing the things complained of herein, was acting within the scope of that agency, service, employment, and/or representation, and that each and every defendant is jointly and severally responsible and liable to the plaintiff for the damages hereinafter alleged.

## ADMINISTRATIVE PROCEEDINGS

6. Pursuant to 28 USC Sec. 1346(b), 2401(b), and 2671-80, the plaintiff timely filed a FTCA claim with the VETERANS ADMINISTRATION OF THE UNITED STATES OF AMERICA on or about October 15, 2021 Attached as Exhibit A is a copy of said claim and the acknowledgment of receipt letter from the USAF Claims Division. On August 4, 2022, said claim was rejected by the Department of the Air Force, Claims and Tort Litigation Division.

Orlonzo Hedrington v. Veteran's Administration et al,

Complaint for Investigation of Negligence FTCA                    Case No:


Case 1:22-cv-01425-KJM-DB   Document 1   Filed 11/04/22   Page 4 of 12

7. This action is filed not later than 6 months from the rejection on August 4, 2022 and accordingly, the plaintiff complied with the claim filing prerequisites of the Federal Tort Claims Act prior to initiating this action.

## FIRST CAUSE OF ACTION

### (Investigation Negligence Claim under the Federal Tort Claims Act)

8. Plaintiff, ORLONZO HEDRINGTON, realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 7 of this Complaint.

9. Employees at the VA HOSPITAL, while acting in the course and scope of their employment with the VETERANS ADMINISTRATION OF THE UNITED STATES OF AMERICA, did so negligently supervise and transport plaintiff to and from physical therapy and other rooms within the VA HOSPITAL that plaintiff was allowed to be drugged and sexually touched and penetrated without his consent, thereby causing continuing substantial resulting damages to plaintiff including, but not limited to, emotional distress and trauma, sleep disorder and insomnia, depression and physical discomfort, anxiety, stress, fear, difficulty to adjust or cope, flashbacks, physical discomfort and pain resulting therefrom.

After, Recognizing and Knowing the Aftermath of the Investigation,

10. The employees of VETERANS ADMINISTRATION OF THE UNITED STATES OF AMERICA at the VA HOSPITAL breached their duty of care to plaintiff by acting below the standard of care for performing similar medical procedures and duties in this locality, which breach directly caused plaintiff's damages as alleged herein.


Orlonzo Hedrington v.. Veteran's Administration, et al,

Complaint for Investigation of Negligence FTCA                                  Case No

## PRAYER

WHEREFORE, plaintiff prays for judgment against defendant as follows:

1. For past and future general damages against defendant in an amount to be proven at trial;

2. For past and future special damages against defendant in an amount to be proven at trial;

3. For costs of suit; and

4. For whatever further relief as may be just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all claims for which a jury is permitted

Dated: November 2, 2022

ORLONZO HEDRINGTON

# Exhibit A

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: Veteran's Administration David Grant Medical Center | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) Orlonzo Hedrington P.O. Box 5135 Fresno, CA 93755 |
|---|---|

| 3. TYPE OF EMPLOYMENT X MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 2/20/1957 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 11/16/2019 & Continuing | 7. TIME (A.M. OR P.M.) various |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

DGMC, AT TRAVIS AFB, CA. BECAUSE OF STAFF DISHONESTY OF THE DRUGGED ASSAULT GAVE IMMUNITY, ALLOWED PERPETRATORS TO GO FREE BY AFOSI, MONTECALVO AND FAIRFIELD POLICE DET. ARIMBONGA INTENTIONALMY POOR INVESTIGATION BY USING: ACTS OF RACISM, DISCREDYTED VITICH STATEMENT, SUPPRESSING EVIDENCES AND MISLEADING THE INVESTIGATION SO THAT CASE WAS CLOSED AND REFUSE TO OPEN EVEN " H O W "    ADDITIONAL PAGES---SEE ITEM 8

**PROPERTY DAMAGE**

9. NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
NONE

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
NONE

**PERSONAL INJURY/WRONGFUL DEATH**

10. STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.
Physical violation of my person and privacy; emotional distress

**WITNESSES**

| 11. NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| unknown at present | unknown at present |

12. (See instructions on reverse.) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| NONE | $ 100,000.00 | none | $ 100,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) *[signed]* | 13b. Phone number of person signing form 559-978-1614 | 14. DATE OF SIGNATURE 10/15/2021 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109    NSN 7540-00-634-4046    STANDARD FORM 95. PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2

| INSURANCE COVERAGE | | |
|---|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property. | | |
| 15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number<br><br>Not a property claim | | ☒ No |
| 16. Have you filed a claim on your insurance carrier in this instance, and if so is it full coverage or deductible?   ☐ Yes  ☒ No | | 17. If deductible, state amount. |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.) | | |
| 19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code) | | ☒ No |

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95 BACK



DEPARTMENT OF THE AIR FORCE
OFFICE OF THE JUDGE ADVOCATE GENERAL
CIVIL LAW AND LITIGATION

4 August 2022

AF/JAC Medical Law Branch
Medical, Tort and Personal Property Law Division
1500 W. Perimeter Rd., Ste 1700
Joint Base Andrews, MD 20762
AF.AFLOA.JAC.Medical_Law_Branch@us.af.mil

Orlonzo Hedrington
P.O. Box 5135
Fresno, CA 93755-5135

Re: Your Standard Form 95 dated 15 October 2021

Dear Mr. Hedrington

On or about 4 November 2021, the Air Force received a Standard Form 95 pertaining to allegations of negligence related to a sexual assault at David Grant Medical Center in January of 2016. The SF 95 dated 15 October 2021 is returned to you because the Air Force has no jurisdiction to adjudicate this claim under the Federal Tort Claims Act (FTCA), Title 28, United States Code, Sections 1346(b), 2671-2680.

You previously submitted a claim on 28 August 2017, alleging negligence at David Grant Medical Center, resulting in sexual assault. That claim was denied by letter mailed on 27 February 2018 and received by the attorney representing you in that claim. Although you reworded your allegations in the SF 95 dated 15 October 2021, your allegations all arise from the alleged sexual assault in 2017 and are essentially the same as the allegation in the 28 August 2017 claim. Thus we cannot adjudicate your claim as it is duplicative of a claim we have already taken final action on, and for which suit remains pending in the United States District Court for the Eastern District of California.

Sincerely

HILDEGARDE CONTE PERLSTEIN
Chief, Medical Law Branch

Attachment
SF 95, 15 October 2021



**U.S. Department of Veterans Affairs**
Office of General Counsel

Torts Law Group (021)
810 Vermont Avenue, NW
Washington, DC 20420

Telephone: (202) 461-4900

In Reply Refer To: GCL:495042

December 7, 2021

Alonzo Hedrington
P.O. Box 5135
Fresno, CA  93755

Subject: Administrative Tort Claim

Dear Mr. Hedrington:

This is to acknowledge receipt of your correspondence on November 3, 2021 regarding the United States Air Force failure to investigate prior claims of sexual assault.

In accordance with 28 U.S.C. § 2401(b), a tort claim against the United States shall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues or unless action is begun within six months after the date of mailing, by certified or registered mail, of notice of final denial of the claim by the agency to which it was presented. In this case, the appropriate Federal agency is United States Navy which adjudicates claims arising out of its operations. Therefore, the Department of Veterans Affairs is transferring your correspondence to the United States Navy for its consideration and this matter has been considered closed by the Department of Veteran Affairs.

If you require any additional information, you may contact them at the following address:

> HILDEGARDE CONTE PERLSTEIN
> Chief, Medical Law Branch
> Claims and Tort Litigation Division
> 1500 W. Perimeter Road, Suite 1700
> Joint Base Andrews, MD 20762
> Air Force Legal Operations Agency

Sincerely,

*Tina Person*

Tina Person
Legal Assistant



**DEPARTMENT OF THE AIR FORCE**
OFFICE OF THE JUDGE ADVOCATE GENERAL
CIVIL LAW AND LITIGATION

17 November 2021

AF/JAC Medical Law Branch
Medical, Tort and Personal Property Law Division
1500 W. Perimeter Rd., Suite 1700
Joint Base Andrews, MD 20762

Orlonzo Hedrington
P.O. Box 5135
Fresno, CA 93755

Re: Your Medical Malpractice Claim, Air Force Claim No: 22-1393

Dear Mr. Hedrington,

On 4 November 2021, this office received your claim alleging negligence in the failure to properly investigate your claims regarding an alleged assault at David Grant Medical Center. Ms. Robin Brodrick is the attorney assigned to investigate your claim.

Please confirm whether you are represented by an attorney in this matter. The rules of professional conduct require that our office communicate with you through your attorney, if you have one. If you have an attorney, please forward us his or her contact information for future correspondence or, alternatively, please ask your attorney to contact us directly.

If you are not represented by an attorney, then the following is information about how the agency processes a medical malpractice claim. Under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680, the agency has six months to conduct an administrative investigation of your claim from the time the claim is received. During the administrative investigation, a review of relevant medical records from the involved military (DoD) treatment facilities will be completed. Interviews with parties involved may be conducted, and the matter may be reviewed by confidential, consulting-only DoD medical experts. Once the investigation and legal review are complete, a final decision is made on the claim.

Please forward all future correspondence regarding this claim to Ms. Brodrick at the address above. Also, please provide your current contact information, to include your mailing address, email address, and phone number, if it is different from what we have on file:

    Mailing Address:    P.O. Box 5135, Fresno, CA 93755
    E-Mail Address:    orlonzohedrington@gmail.com
    Phone Number:    559-978-1614

If you have any questions regarding the process or your claim, please contact this office at 240-612-4620.

Sincerely

*DJ Mihaliak*
DANIEL J. MIHALIAK
NCOIC, Medical Law Branch
Medical, Tort and Personal Property Law Division