UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VETERAN ADMINISTRATION OF THE UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No.  1:22-cv-01425-JLT-HBK<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>DECEMBER 15, 20222 DEADLINE |

　　　　Plaintiff commenced this action by filing a *pro se* complaint alleging claims under the Federal Tort Claims Act on November 4, 2022.  (Doc. No. 1).  Plaintiff did not accompany the complaint with the $402.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Accordingly, it is **ORDERED,** Plaintiff shall either file an application to proceed *in forma pauperis* or pay the $402.00 filing fee **no later than December 15, 2022**.  Plaintiff's failure to comply with this order will result in the undersigned recommending the Court dismiss this case for Plaintiff's failure to comply with a court order and/or prosecute this action.

Dated:　November 13, 2022

　　　　　　　　　　　　　　　　　　　　　　/s/ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE