UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VETERAN ADMINISTRATION OF THE UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No.  1:22-cv-01425-JLT-HBK<br><br>ORDER DIRECTING ISSUANCE OF NEW CASE DOCUMENTS |

　　　Plaintiff, who proceeds pro se, has paid the filing fee (receipt no. CAE100051692).

　　　Accordingly, it is ORDERED:

　　　The Court DIRECTS the Clerk of Court to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

Dated:   March 31, 2023

　　　　　　　　　　　　　　　　　　　　　　/s/ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE