UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br><br>Plaintiff,<br><br>v.<br><br>VETERAN ADMINISTRATION OF THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:22-cv-01425-JLT-HBK<br><br>ORDER DIRECTING CLERK TO STRIKE UNAUTHORIZED PLEADING<br><br>(Doc. No. 12)<br><br>ORDER TO FILE AMENDED COMPLAINT OR OPPOSITION TO MOTION TO DISMISS<br><br>14-DAY DEADLINE |

On May 23, 2023, Plaintiff, who proceeds pro se, filed a Proof of Service. (Doc. No. 12). Neither the Federal Rules of Civil Procedure nor the Local Rules provide for the right to file additional pleadings outside those described in Fed. R. Civ. P. 7 (a). The Court cannot discern for what purpose Plaintiff filed the pleading. Accordingly, the Court will direct the Clerk to strike Plaintiff's unauthorized pleading from the record.

On May 11, 2023, Defendant filed a Motion to Dismiss and Motion for a More Definite Statement. (Doc. No. 9, "Defendant's Motion"). The Court advises pro se Plaintiff that, within twenty-one (21) days, from service of the Motion, he must file either an amended complaint or an opposition to Defendant's Motion or the Motion shall be deemed unopposed. Fed. R. Civ. P. 15 (a)(1)(B); Local Rule 230(c). The Court will sua sponte grant Plaintiff an extension of time to respond to the Motion, after which time the Motion will be deemed submitted for review.

Accordingly, it is ORDERED:

1. The Court DIRECTS the Clerk of Court to strike Plaintiff's unauthorized pleading (Doc. No. 12) from the docket.

2. Within **fourteen (14) days** from the date on this Order, Plaintiff shall either file an amended complaint or an opposition to Defendant's Motion (Doc. No. 9), the failure of which shall be deemed Plaintiff's non-opposition to the Motion.

Dated: May 24, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE