UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlonzo Hedrington, | No. 1:22-cv-01425-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Veteran's Administration of the United States of America & City of Fairfield, | |
| Defendants. | |

On June 9, 2023, this court found this case was related to three other cases involving the same plaintiff, within the meaning of Local Rule 123(a). Order, ECF No. 21. Plaintiff Orlonzo Hedrington has filed a response to the related case order reassigning this case to the undersigned. Response, ECF No. 29. Plaintiff argues the court improperly related the cases and argues the order was procured by fraud. *Id.* at 2–4. Plaintiff invokes Federal Rule of Civil Procedure 60(b)(3), *id.* at 4, which states "the court may relieve a party or its legal representative from a final judgment, order, or proceeding for . . . fraud . . . by an opposing party," Fed. R. Civ. P. 60.

///

///

///

1

1   Under Rule 60(b)(3), a court may vacate a judgment for fraud "only when the fraud is established 'by clear and convincing evidence.'" *United States v. Est. of Stonehill*, 660 F.3d 415, 443–44 (9th Cir. 2011) (quoting *England v. Doyle*, 281 F.2d 304, 310 (9th Cir.1960)).  Here, plaintiff's unsupported allegations of fraud do not justify relief under Rule 60(b)(3). Accordingly, the motion is **denied**.

This order resolves ECF No. 29.

IT IS SO ORDERED.

DATED:  June 28, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE