UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlonzo Hedrington,<br><br>    Plaintiff,<br><br>    v.<br><br>Veteran's Administration of the United States of America, et al.,<br><br>    Defendants. | No.  1:22-cv-01425 KJM DB PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On December 21, 2023, the magistrate judge filed findings and recommendations, which were served on all parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The time for filing objections has expired, and plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis./

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 21, 2023 (ECF No. 46) are adopted in full;

2. The Medical Board's May 11, 2023 motion to dismiss (ECF No. 9) is granted;

3. Defendant VA's June 20, 2023 motion to dismiss (ECF No. 28) is granted;

4. The complaint filed November 4, 2022 (ECF No. 1) is dismissed without leave to amend;

5. All other pending motions are denied as moot; and

6. This action is closed.

DATED: March 21, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE