1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlonzo Hedrington, et al., | No. 2:18-cv-02333-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Veteran's Administration of the United States of America, et al., | |
| Defendants. | |
| Orlonzo Hedrington, | No. 2:21-cv-00414-KJM-DB |
| Plaintiff, | |
| v. | |
| County of Solano, et al., | |
| Defendants. | |
| Orlonzo Hedrington, | No: 1:22-cv-01425-KJM-DB |
| Plaintiff, | |
| v. | |
| Veteran's Administration of the United States of America, et al., | |
| Defendants. | |

1

| | |
|---|---|
| Orlonzo Hedrington,<br><br>                    Plaintiff,<br><br>     v.<br><br>David Grant Medical Center, et al.,<br><br>                    Defendants. | No: 2:22-cv-00074-KJM-DB |

In case No. 1:22-cv-01425, plaintiff Orlonzo Hedrington requests the undersigned recuse from hearing "all" his cases. ECF No. 51. The court construes that request as applying to all of the related cases in the caption above. The court is aware of no reason that calls for its recusal. Moreover, all four cases are closed, and therefore, the recusal request is **denied** as moot.

This order resolves ECF No. 51.

IT IS SO ORDERED.

DATED: May 28, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE